IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE LITTLEJOHN, | ) | 1:11-CV-0422 AWI MJS |
| | ) | |
| Plaintiff, | ) | ORDER FINDING IT |
| | ) | NECESSARY TO RECUSE |
| v. | ) | ALL JUDGES IN THE |
| | ) | EASTERN DISTRICT OF |
| UNITED STATES OF AMERICA, | ) | CALIFORNIA FROM |
| | ) | THIS ACTION |
| Defendant. | ) | |
| | ) | |
| | ) | |

After reviewing the complaint in this action, the undersigned finds it necessary to recuse all Judges in the United States District Court for the Eastern District of California from this action. See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994). When a District Court Judge from another District is selected to preside over this action, the court will notify the parties and transfer the action accordingly.

IT IS SO ORDERED.

Dated:   May 10, 2011                           _____
                                                CHIEF UNITED STATES DISTRICT JUDGE