# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RONNIE LITTLEJOHN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case Number 1:11-cv-00422-JF <br><br> ORDER VACATING AUGUST 5, 2011 HEARING |

The motion hearing that had been set for August 5, 2011, is hereby VACATED.

DATED: 8/4/2011

_____
JEREMY FOGEL
United States District Judge

Case No. 1:11-cv-00422-JF
ORDER VACATING AUGUST 5, 2011 HEARING
(JFLC2)