1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11
12

| | |
|---|---|
| RONNIE LITTLEJOHN, | Case Number 1:11-cv-00422-JF |
| Plaintiff, | ORDER DIRECTING CLERK TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

13
14
15
16
17
18
19      On August 16, 2011, Plaintiff submitted to the Court a proposed second amended

20  complaint pursuant to a stipulation entered into by the parties.  The Court hereby grants Plaintiff

21  leave to amend his pleading and directs the Clerk of the Court to file the lodged second amended

22  complaint.

23      IT IS SO ORDERED.

24
25  DATED:  8/26/2011

26                                    JEREMY FOGEL
                                     United States District Judge
27
28

Case No. 1:11-cv-00422-JF
ORDER DIRECTING CLERK TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT
(JFLC2)