1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

12
13
14
15
16
17

| | |
|---|---|
| RONNIE LITTLEJOHN,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case Number 1:11-cv-00422-JF<br><br>ORDER DIRECTING CLERK TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT |

18

19   On August 16, 2011, Plaintiff submitted to the Court a proposed second amended

20 complaint pursuant to a stipulation entered into by the parties.  The Court hereby grants Plaintiff

21 leave to amend his pleading and directs the Clerk of the Court to file the lodged second amended

22 complaint.

23   IT IS SO ORDERED.

24

25 DATED: 8/26/2011

26                                                     _____
                                                         JEREMY FOGEL
27                                                     United States District Judge

28

Case No. 1:11-cv-00422-JF
ORDER DIRECTING CLERK TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT
(JFLC2)